## VANCE *vs.* VANCE.

In a libel for divorce, for adultery, where there is no appearance of collusion between the parties to procure a divorce, but the contrary ; evidence of the confession of the guilty party may be received in proof of the offence charged in the libel.

THIS was a libel by the husband, for divorce *a vinculo matrimonii*, for adultery of the wife, who appeared and made a vigorous resistance to the suit.  The libellant offered evidence of her confession of the fact charged in the libel; which was opposed as inadmissible, it being against public policy to put the dissolution of the contract in the power of the parties.

But THE COURT. said that where the suit was evidently adversa-. ry in its character, and seriously resisted, as this, from all the evidence, appeared to be, all suspicion of collusion being out of the question, there seemed to be no good reason why the confession of the party should not be admitted, as in other cases.  And it was accordingly admitted, and a divorce decreed.